# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 777 | **DATE** | 7/25/2008 |
| **CASE TITLE** | Pettis vs. Village of Riverdale, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in open court on 7/24/08, plaintiff's motion to strike is granted [# 68]; defendants' motion to strike is denied [# 95]; plaintiff's motion for summary judgment is denied [# 69]; Count 4 of plaintiff's amended complaint (*Monell* claim vs. Village of Riverdale) is voluntarily dismissed with prejudice; defendant Cicchirillo's motion for summary judgment as to Count 1 (unreasonable seizure claim) is granted [# 56]; and remainder of summary judgment motion is terminated as moot. Final pretrial order is to be filed by 9/25/08; final pretrial conference is set for 10/9/08 at 4:00 p.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|